SAM BENEVENTO, Esq.
Nevada Bar No. 003676
ROBERTSON & BENEVENTO
1945 East Warm Springs
Las Vegas, NV 89119
Phone: (702) 433-2000
Email: generaldelivery@nevlawyers.com
Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re:<br><br>TRAVIS CLARK<br><br><br><br><br><br>Debtor(s). | ) Case No. BKS-09-24366 MKN<br>) Chapter 13<br>)<br>) Hearing Date: October 22, 2009<br>) Hearing Time: 2:30 pm<br>)<br>)<br>)<br>)<br>) |

### MOTION TO VALUE COLLATERAL, (MOTORCYCLE) AND MODIFY RIGHTS OF GEMB FINANCING PURSUANT TO 11 U.S.C. §506(a) AND §1322

Debtor, Travis Clark, by and through attorney Sam Benevento hereby moves this Court for its Order valuing collateral (a motorcycle) and modifying the rights of Creditor GEMB Financing ("GEMB") pursuant to 11 U.S.C. §506(a), and §1322, and Bankruptcy Rules 3012 and 9014. In furtherance of this motion, Debtor states as follows:

1. Debtor filed the above captioned Chapter 13, Case Number 09-24366 MKN on August 7, 2009.

2. On the petition date, Debtor owned a 2007 Kawasaki ZX1000D Ninja ZX-10R. (hereinafter the "Property").

3. Debtor values the Property at $7,000.00 as of the petition date. See Blue Book listing attached hereto as Exhibit "1".

4. As of the petition date, the Property was encumbered by a lien in favor of GEMB with a principal balance of $11,526.00 with interest stated at 10%, pursuant to the

proof of claim on file herein.

### LEGAL ARGUMENT

Bankruptcy codes Section 1322 and 1325 permit the debtors to "cram down" a motorcycle loan based upon the allowed value of the motorcycle. The value of the automobile is to be determined under bankruptcy code Section 506. In determining the value of the automobile pursuant to section 506 replacement value as of the date of the filing of the petition is the applicable standard. <u>Associates Commercial Corporation v. Rash</u> 520 U.S. 953, 117 S.Ct. 1879, 138 L.ED. 2d 148 (1977).

In the instant case, Kelly Blue Book indicates that the value of the Property ranges between $7,720.00 "suggested retail" and $5,330.00 "trade in". Debtor has proposed to pay $7,000.00 for the Property in the plan of reorganization. Debtor has further proposed to pay interest at the contract rate of 10% on the fair market value as set forth herein.

Based upon the foregoing, Debtor respectfully requests that this court issue its order valuing the Debtor's 2007 Kawasaki ZX1000D Ninja ZX-10R at $7,000.00 for purposes of a cram down with interest to be paid thereon at the annualized rate of 10%.

Dated: September 18, 2009

/s/ Sam Benevento, Esq.
Sam Benevento
Attorney for Debtor(s)