## United States Bankruptcy Court
### District of Nevada

In re   **Travis Clark**                                                                                        Case No.   **09-24366**
                                   Debtor(s)                                                                     Chapter    **13**

## Notice of Change of Address

Debtor's Social Security Number:                    xxx-xx-3934

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                **Travis Clark**

Street:              **159 Lemongold**

City, State and Zip: **Henderson, NV 89012**

Telephone #:

**Please be advised that effective November 1, 2013,**
**my (our) new mailing address and telephone number is:**

Name:                **Travis Clark**

Street:              **11665 Polk Street**

City, State and Zip: **Omaha, NE 68137**

Telephone #:

                                                                                                 **/s/ Travis Clark**
                                                                                                 **Travis Clark**
                                                                                                 Debtor